Commonwealth *v.* Vactor, Appellant.

Submitted April 15, 1969. *Mark D. Prather,* for appellant; *David P. Truax,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Vanderhost, Appellant.

Submitted March 17, 1969. *Francis Ross Crumlish,* and *Crumlish and Kania,* for appellant; *Lynn Abraham* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Ford City Borough *v.* Armstrong County Housing Authority, Appellant.

Argued April 14, 1969. *James G. Callas,* with him *Callas and Graff,* for appellant; *A. Bertocchi,* with him *John B. McCue,* and *McCue & Bertocchi,* for appellee.

Judgment affirmed.